**Shaun Wayne WILES, Plaintiff–Appellant,**

v.

**Jonathan E. OZMINT, Director SCDC; Bernard McKie; South Carolina Department of Corrections, Defendants–Appellees.**

No. 06–7490.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 23, 2007.

Decided: March 26, 2007.

Shaun Wayne Wiles, Appellant Pro Se. Andrew Frederick Lindemann, Davidson, Morrison & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shaun Wayne Wiles appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Wiles v. Ozmint*, No. 0:05–cv–02111–CMC, 2006 WL 2260136

(D.S.C. Aug. 7, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*